UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| RODERICK JAMES MAC KENZIE, § | | Chapter 13 |
| Debtor. § | | |
| § | | Case No.: G25-21051-JRS |
| § | | |
| RODERICK JAMES MAC KENZIE, § | | |
| Movant. § | | CONTESTED MATTER |
| § | | |
| v. § | | |
| § | | |
| THERESA A. BAXTER AKA § | | |
| THERESA MAC KENZIE § | | |
| Respondent. § | | |

**OBJECTION TO PROOF OF CLAIM OF THERESA A. BAXTER**
**(Claim #9-2)**

COMES NOW, **RODERICK JAMES MAC KENZIE** (the "Debtor"), by and through his undersigned counsel of record, and files his Objection to the Proof of Claim filed by, Theresa A. Baxter, (Claim #9-2) (the "Respondent"), showing the Court as follows:

1.

Debtor filed his Chapter 13 Bankruptcy on July 28, 2025.

2.

Respondent filed a priority Proof of Claim, Claim #9-2, on October 16, 2025, in the amount of $31,297.43.

3.

Debtor objects to this claim on the grounds that the alleged debt is not owed.

4.

The Debtor respectfully requests that the Court disallow the Creditor's claim in its entirety and deny allowance of any portion of the claim.

WHEREFORE, Debtor prays that the Court enter an Order:

1. Sustaining Debtor's Objection to the Proof of Claim of Respondent.

2. Disallowing Respondent's claim in its entirety.

3. For such other relief as the Court deems just and proper.

Respectfully submitted October 23, 2024.

/s/ <u>Alexander Gray Hait</u>
Alexander Gray Hait
Georgia Bar No. 316359
Attorney for Debtor

Hait & Kuhn
408 Creekstone Ridge
Woodstock, GA 30188-3006
770-517-0045
Fax: 770-517-0350
Email: all@nmlit.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **RODERICK JAMES MAC KENZIE,** | § | Chapter 13 |
| Debtor. | § | |
| | § | Case No.: G25-21051-JRS |
| | § | |
| **RODERICK JAMES MAC KENZIE,** | § | |
| Movant. | § | **CONTESTED MATTER** |
| | § | |
| v. | § | |
| | § | |
| **THERESA A. BAXTER AKA** | § | |
| **THERESA MAC KENZIE** | § | |
| Respondent. | § | |
| | § | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF THERESA A. BAXTER (Claim #9-2) OF DEADLINE FOR FILING RESPONSE**

PLEASE TAKE NOTICE that **RODERICK JAMES MAC KENZIE,** Debtor in the above-referenced case, has filed an Objection to the above-referenced claim seeking an order disallowing the Respondent's claim.

Your rights may be affected. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. You may wish to consult one if you do not have an attorney.

If you do not want the court to grant the relief sought in these pleadings, or if you want the court to consider your views as to why your claim should be allowed as filed, then on or before **November 27, 2025**, you or your attorney must (1) file with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address: Clerk, United States Bankruptcy Court, Suite 1340 United States Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303. If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above. (2) mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and to whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be canceled, and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney files a timely response, a hearing will be held in Courtroom **103 U.S. Courthouse, 121 Spring Street, SE, Gainesville, GA 30501 at 9:40 a.m. on December 4, 2025,** which must be attended in person, unless the Court orders otherwise.

Respectfully submitted October 23, 2024.

/s/ Alexander Gray Hait
Alexander Gray Hait
Georgia Bar No. 316359
Attorney for Debtor

Hait & Kuhn
408 Creekstone Ridge
Woodstock, GA 30188-3006
770-517-0045
Fax: 770-517-0350
Email: all@nmlit.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| **RODERICK JAMES MAC KENZIE,** § | **Chapter 13** | |
| Debtor. § | | |
| § | **Case No.: G25-21051-JRS** | |
| § | | |
| **RODERICK JAMES MAC KENZIE,** § | | |
| Movant. § | **CONTESTED MATTER** | |
| § | | |
| v. § | | |
| § | | |
| **THERESA A. BAXTER AKA** § | | |
| **THERESA MAC KENZIE** § | | |
| Respondent. § | | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing **OBJECTION TO PROOF OF CLAIM OF THERESA A. BAXTER (Claim #9-2) NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF THERESA A. BAXTER (Claim #9-2) OF DEADLINE FOR FILING RESPONSE** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Elizabeth Ann Childers     echilders@rlkglaw.com, dsideris@rlkglaw.com;wgeer@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

William A. Rountree     wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino

Nancy J. Whaley     ecf@njwtrustee.com

    I further certify that I have this day mailed a true and correct copy of the **OBJECTION TO PROOF OF CLAIM OF THERESA A. BAXTER (Claim #9-2) NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF THERESA A. BAXTER (Claim #9-2) OF DEADLINE FOR FILING RESPONSE** by placing the same in a properly addressed envelope with sufficient postage to ensure delivery and depositing the same in the United States Mail, addressed to:

Theresa A. Baxter
115 Manor North Drive
Alpharetta, GA 30004
***VIA FIRST CLASS U.S. MAIL***

Court Mailing Matrix

Respectfully submitted October 23, 2024.

                                              /s/ Alexander Gray Hait
                                              Alexander Gray Hait
                                              Georgia Bar No. 316359
                                              Attorney for Debtor

Hait & Kuhn
408 Creekstone Ridge
Woodstock, GA 30188-3006
770-517-0045
Fax: 770-517-0350
Email: all@nmlit.com

```
Label Matrix for local noticing          American Express National Bank          Amex
113E-2                                   c/o Becket and Lee LLP                  Correspondence/Bankruptcy
Case 25-21051-jrs                        PO Box 3001                             PO Box 981535
Northern District of Georgia             Malvern  PA 19355-0701                  El Paso, TX 79998-1535
Gainesville
Thu Oct 23 10:00:34 EDT 2025

Amex                                     Bank of America                         Bank of America
PO Box 981537                            Attn: Bankruptcy                        PO Box 982238
El Paso, TX 79998-1537                   4909 Savarese Cir                       El Paso, TX 79998-2238
                                         Tampa, FL 33634-2413


Bank of America, N.A.                    Barclays Bank Delaware                  Barclays Bank Delaware
PO Box 673033                            Attn: Bankruptcy                        PO Box 8803
Dallas, TX 75267-3033                    PO Box 8801                             Wilmington, DE 19899-8803
                                         Wilmington, DE 19899-8801


Theresa Baxter                           Boom                                    Boompay,In
115 Manor North                          801 Barton Springs Rd                   32 Avenue of the Americas
Alpharetta, GA 30004-5421                Austin, TX 78704-1146                   New York, NY 10013-2473



Capital One                              Capital One                             Elizabeth Ann Childers
Attn: Bankruptcy                         PO Box 31293                            Rountree Leitman Klein & Geer, LLC
PO Box 30285                             Salt Lake City, UT 84131-0293           Century Plaza I, Suite 350
Salt Lake City, UT 84130-0285                                                    2987 Clairmont Rd.
                                                                                 Atlanta, GA 30329-4448


Citibank                                 Citibank                                Click N' Close
Attn: Bankruptcy Department              PO Box 6217                             15301 Spectrum Dr
PO Box 790046                            Sioux Falls, SD 57117-6217              Ste 405
Saint Louis, MO 63179-0046                                                       Addison, TX 75001-6877



Click N' Close                           Credit Collection Serv                  Credit Collection Services
446 Wrenplace Rd                         PO Box 607                              Attn: Bankruptcy
Fort Mill, SC 29715-0200                 Norwood, MA 02062-0607                  725 Canton St
                                                                                 Norwood, MA 02062-2679


(p)DELL FINANCIAL SERVICES               Dell Financial Services                 Exeter Finance LLC
P O BOX 81577                            PO Box 81607                            AIS Portfolio Services, LLC
AUSTIN TX 78708-1577                     Austin, TX 78708-1607                   4515 N Santa Fe Ave. Dept. APS
                                                                                 Oklahoma City, OK 73118-7901



Exeter Finance LLC                       Exeter Finance LLC                      Exeter Finance LLC c/o AIS Portfolio Service
Attn: Bankruptcy                         PO Box 166097                           4515 N Santa Fe Ave Dept APS
PO Box 166008                            Irving, TX 75016-6097                   Oklahoma City, OK 73118-7901
Irving, TX 75016-6008



Georgia Department of Revenue            (p)GEORGIA DEPARTMENT OF REVENUE        Alexander Gray Hait
2595 Century Parkway, NE Ste 339         BANKRUPTCY                              Hait & Kuhn
Atlanta, GA 30345-3173                   2595 CENTURY PKWY NE SUITE 339          408 Creekstone Ridge
                                         ATLANTA GA 30345-3173                   Woodstock, GA 30188-3740
```

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Levine Smith Coburn & Koslin, LLC<br>3490 Piedmont Rd, NE, Ste 1150<br>Atlanta, GA 30305-4809 |
| Liberty Mutual In Co<br>PO Box 607<br>Norwood, MA 02062-0607 | Roderick James Mac Kenzie<br>9925 Haynes Bridge Rd Unit 200153<br>Johns Creek, GA 30022-8532 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Onpath Federal Cu<br>Attn: Bankruptcy<br>PO Box 961<br>Roanoke, TX 76262-0961 | Onpath Federal Cu<br>PO Box 961<br>Roanoke, TX 76262-0961 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4448 | Seth Murphy, CPA/ABV, CFE<br>1498 Holly Bank Circle<br>Atlanta, GA 30338-3325 | Seth Murphy, CPA/ABV, CFE<br>1498 Holly Bank Circle<br>Dunwoody, GA 30338-3325 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>PO Box 71757<br>Philadelphia, PA 19176-1757 | Theresa A. Baxter<br>Rountree Leitman Klien & Geer<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 |
| Theresa Ann Baxter<br>115 Manor North<br>Alpharetta, GA 30004-5421 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Attn: Bankruptcy<br>PO Box 81577<br>Austin, TX 78708-1577 | Georgia Department of Revenue<br>Compliance Division ARCS<br>1800 Century Blvd NE #9100<br>Atlanta, GA 30345 | Mission Lane LLC<br>Attn: Bankruptcy<br>PO Box 105286<br>Atlanta, GA 30348-5286 |
| (d)Mission Lane LLC<br>PO Box 105286<br>Atlanta, GA 30348-5286 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                 47 | |